**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

| | |
|---|---|
| Patricia S. Connor<br>Clerk | Telephone<br>804-916-2700 |

November 6, 2013

Shadonna E. Hale
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
500 East Pratt Street
Suite 600
Baltimore, MD 21202-0000

Ms. Catherine Anne Hanrahan
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
700 11th Street, NW
Suite 400
Washington, DC 20001

Laura M. Jacque
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
500 East Pratt Street
Suite 600
Baltimore, MD 21202-0000

Ms. Julie C. Janofsky
BROCATO, PRICE & JANOFSKY, LLC
309 Allegheny Avenue
Towson, MD 21204-0000

Mr. William Kenneth Meyer
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202-0000

Mr. David Mitchell Ross Jr.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

700 11th Street, NW
Suite 400
Washington, DC 20001

Cyril Vincent Smith
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202-0000

No.   13-2302,        <u>Wendell Whye v. Concentra Health Services, Inc</u>
                      1:12-cv-03432-ELH

Dear Counsel:

    Please disregard the court's briefing order entered 11/6/13 in the above-captioned case. A briefing order is currently in place for the filing of the briefs and joint appendix.

                                   Sincerely,

                                   /s/ Sue Ellen Nagle
                                   Deputy Clerk